UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3010
_____

EZAKI GLICO KABUSHIKI KAISHA,
a Japanese Corporation d/b/a Ezaki Glico;

EZAKI GLICO USA CORP.,
a California Corporation,

Appellants

v.

LOTTE INTERNATIONAL AMERICA CORP.;
LOTTE CONFECTIONARY CO. LTD.
_____

(D.N.J. No. 2-15-cv-05477)
_____

SUR PETITION FOR REHEARING
_____

Present:    SMITH, Chief Judge, and McKEE, AMBRO, CHAGARES, JORDAN,
            HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO,
            BIBAS, PORTER, MATEY, and PHIPPS, and FUENTES,* Circuit Judges

The petition for rehearing filed by Appellant in the above-captioned case having been

submitted to the judges who participated in the decision, it is hereby **ORDERED** that the

petition for rehearing by the panel is **GRANTED**. The opinion and judgment filed October

8, 2020, are hereby **VACATED**. A subsequent opinion and judgment are herewith issued.

A majority of the judges of the circuit in regular service not having voted for rehearing,

the petition for rehearing by the Court en banc is **DENIED**.

_____

* Judge Fuentes's vote is limited to panel rehearing only.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: January 26, 20201
Sb/cc: All Counsel of Record